# EXHIBIT A

DocuSign Envelope ID: DD8E3145-809F-473E-B4D0-6E33B9DA3C1B

## SETTLEMENT AGREEMENT

1. This Settlement Agreement (the "Agreement") covers all understandings between CRAIG TORUM (hereinafter referred to as "TORUM" a term which includes CRAIG TORUM and his successors, beneficiaries, personal representatives, legal representatives, spouses, partners, children, heirs or other family members, estate, agents and attorneys), and HERITAGE SPRING COMMUNITY ASSOCIATION, INC. (hereinafter referred to as "HERITAGE" a term which for purposes of this Agreement includes HERITAGE SPRING COMMUNITY ASSOCIATION, INC. and all of its current and former employees, agents, directors, contractors, franchisors, licensors, franchisees, vendors, clients, customers, officers, directors, trustees, owners, principals, affiliates, successors, predecessors, related corporations or entities, divisions, assigns, beneficiaries, legal representatives, employee leasing companies, professional employer organizations, insurance carriers, agents, and attorneys).

2. For and in consideration of the payment outlined in Paragraph 3 of this Agreement, TORUM agrees as follows:

    a. To Dismiss with prejudice the Complaint in the lawsuit styled: CRAIG TORUM v. HERITAGE SPRING COMMUNITY ASSOCIATION, INC., pending in the United States District Court, Middle District of Florida, Tampa Division; Case No.: 8:16-CV-02385-SMD-AEP.

    b. To agree and acknowledge that this settlement is the good faith compromise of a disputed claim and does not constitute an admission by HERITAGE of any violation of any federal, state, or local statute, rule or regulation, common law, or any other law or authority whatsoever, or any violation of any of TORUM's rights or of any duty owed by HERITAGE to TORUM. The parties acknowledge that HERITAGE expressly denies liability for any alleged wage, hour, or overtime violations towards TORUM or any other employee, and denies that it has violated any law.

    c. In return for the payments identified in Paragraph 3, TORUM knowingly and voluntarily waives, releases, and forever discharges HERITAGE of and from any and all claims he has or may have against HERITAGE as of the date of execution of this Agreement, including, but not limited to, any alleged violation of: Florida Minimum Wage Act, Article X, § 24 of the Florida Constitution; The Fair Labor Standards Act and Florida's Wage Payment Laws, Fla. Stat. §§ 448.01, 448.08;

    d. That the below-referenced amount in paragraph 3 paid by HERITAGE represents a sum to which TORUM would not be entitled absent his entering into this Agreement and providing HERITAGE the consideration in this Agreement. TORUM has determined there is sufficient consideration and this is a fair exchange.

3. For and in consideration of the promises made by TORUM in Paragraph 2 of this Agreement, HERITAGE agrees to pay TORUM the total consideration of **Seven**

DocuSign Envelope ID: DD8E3145-809F-473E-B4D0-6E33B9DA3C1B

Thousand Five Hundred U.S. Dollars and Zero Cents ($7,500.00), broken down as follows:

   a. **Four Thousand Five Hundred Dollars and Zero Cents ($4,500.00)**, to CRAIG TORUM, which is payment for compensatory and liquidated damages. A Form 1099 will be issued. TORUM agrees that he will be responsible for all taxes to be paid on this money received by TORUM.

   b. **Three Thousand Dollars and Zero Cents ($3,000.00)**, which is payment for TORUM's attorney's fees and costs incurred. A Form 1099 will be issued.

4. TORUM and HERITAGE agree that this Agreement is entered into knowingly and voluntarily, after having the opportunity to fully discuss it with an attorney. TORUM has been represented by an attorney with regard to these matters, including the execution of this Agreement. Having had the opportunity to obtain the advice of legal counsel to review, comment upon, and redraft the agreement, the Parties agree that the Agreement shall be construed as if the Parties jointly prepared it so that any uncertainty or ambiguity shall not be interpreted against any one party and in favor of the other.

5. No cancellation, modification, amendment, deletion, addition, or other changes in this Agreement or any provision hereof or any right herein provided shall be effective for any purpose unless specifically set forth in a written agreement signed by both TORUM and HERITAGE.

6. Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected thereby and said illegal or invalid part, term, or provision shall be deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

7. This Agreement may be executed in several counterparts, each of which shall be deemed an original.

8. The law governing this Agreement shall be that of the State of Florida, and venue shall be the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

DATE: 12/24/2016   Signature: *Craig Torum*
CRAIG TORUM

DATE: 12/23/16   Signature: *William Clouden*
HERITAGE SPRING COMMUNITY ASSOCIATION, INC.
Print name: WILLIAM CLOUDEN